USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ROBERT CLARKE, Individually and On
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

SECURITY CAPITAL ASSURANCE LTD,
PAUL S. GIORDANO, DAVID P. SHEA, XL
INSURANCE LTD, MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.,
GOLDMAN, SACHS & CO., and J.P.
MORGAN SECURITIES INC.,

    Defendants.
------------------------------------------------------------- X

08 Civ. 0158 ( )

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME TO RESPOND TO COMPLAINT

TO THE HONORABLE COURT:

    IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties listed below, that:

    1.    Defendants Security Capital Assurance Ltd, Paul S. Giordano and David P. Shea shall not be required to respond to the Complaint in this case until 60 days after the <u>later</u> of (<u>i</u>) the appointment of lead plaintiff(s) and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 or (<u>ii</u>) the filing of a consolidated amended complaint, subject to any further Orders of this Court.

2. Following the appointment of lead plaintiff(s) and lead counsel, lead plaintiff(s) shall have 60 days to file a consolidated amended complaint, subject to any further Orders of this Court.

3. By entering into this stipulation, defendants Security Capital Assurance Ltd, Paul S. Giordano and David P. Shea do not waive any defenses that otherwise could be asserted through a motion pursuant to Fed. R. Civ. P. 12 or otherwise.

Dated: New York, New York
       January 23, 2008

BRODSKY & SMITH, LLC
Evan J. Smith, Esq.
240 Mineola Blvd
Mineola, NY 11501
(516) 741-4977
Fax: (516) 741-0626

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
Fax: (610) 667-7056

Attorneys for Plaintiff

2

Dated: New York, New York
       January 23, 2008

_____
DEBEVOISE & PLIMPTON LLP
Mark P. Goodman (MG3848)
Elliot Greenfield (EG1248)
919 Third Avenue
New York, New York 10022
(212) 909-6000
Fax: (212) 909-6836

Attorneys for Defendants Security Capital
Assurance Ltd, Paul S. Giordano, and
David P. Shea

SO ORDERED this 29 day of Jan, 2008.

_____
United States District Judge
Part I

3