UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CLARKE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SECURITY CAPITAL ASSURANCE, LTD., PAUL S. GIORDANO, DAVID P. SHEA, XL INSURANCE, LTD., MERRILL LYNCH, PIERCE FENNER & SMITH, INC., GOLDMAN SACHS & CO., and J.P. MORGAN SECURITIES, INC.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 08-cv-0158 (DAB)<br><br>NOTICE OF MOTION |

　　　　PLEASE TAKE NOTICE, that upon the annexed declaration of Ernest Koehler, dated February 29, 2008, the exhibits annexed thereto, the complaint and prior proceedings herein, the undersigned will move this Court pursuant to 15 U.S.C. §78 U-4 (a) (3) (B) (iii) (i) for an order designating him as lead plaintiff and his designation for lead counsel upon the grounds that having sustained the greatest loss, and meeting all of the other requirements, he is most qualified to be the lead plaintiff.

Dated: March 3, 2008

　　　　　　　　　　　　　　　　　　　　　　BALLON STOLL BADER & NADLER, P.C.

　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Irving Bizar
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1450 Broadway - 14th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10018

To:    Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, New York 11501

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Persia Road
Radnor, PA 19087
Attorneys for Plaintiff

Debevoise & Plimpton, LLP
919 3rd Avenue
New York, New York 10022
Attorneys for Defendants