UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT CLARKE, Individually and On Behalf of )
All Others Similarly Situated, )
)
)         CIVIL ACTION NO. 08-cv-0158
Plaintiff, )
)
vs. )
)
SECURITY CAPITAL ASSURANCE, LTD., )
PAUL S. GIORDANO, DAVID P. SHEA, XL )
INSURANCE, LTD., MERRILL LYNCH, PIERCE )
FENNER & SMITH, INC., GOLDMAN SACHS )
& CO., and J.P. MORGAN SECURITIES, INC., )
)
Defendants. )
)

---

STATE OF ILLINOIS )
) ss.:
COUNTY OF Cook )

ERNEST K. KOEHLER, duly declares, under the penalties of perjury;

I am a member of the putative class alleged in the action entitled <u>Clarke v. Security Capital Assurance, Ltd.</u> (ASCA@) 08 cv. 0158, consisting of those who purchased SCA securities from April 23, 2007 through December 10, 2007.

I make this motion to be appointed lead plaintiff on the grounds that I have sustained the most individual damage.

I purchased $1,500 shares of SCA, Ltd. On May 15, 2007; another $1,000 shares on July 25, 2007 and another $1,500 shares on September 5, 2007. I paid a total of $105,854.10 for those shares (copies of my purchase slips are annexed hereto). The shares are now worth about $1.00 a share.

Based upon the foregoing calculation, I have sustained significantly more damage and lost more then the above named plaintiff.

I am prepared to proceed in this matter on behalf of the putative class in order to recover the maximum recovery that can be obtained in this matter for the class. I am an attorney in Illinois. I know all of the burdens involved in litigation and can oversee this case more so than the usual party.

If appointed lead plaintiff, I will appoint and designate as the lead counsel, Irving Bizar of Ballon Stoll Bader & Nadler, P.C. a New York City firm, and a lawyer with long experience in class actions.

I respectfully request that the application be granted.

Dated: February 29, 2008

_____
ERNEST K. KOEHLER