STATE OF NEW YORK  :
                                      :ss
COUNTY OF NEW YORK  :

## AFFIDAVIT OF SERVICE BY MAIL

NYSHA L. KEITT, being duly sworn, deposes and says;

I am not a party to the action, am over 18 years of age, am an employee of Ballon Stoll Bader & Nadler, P.C. at 1450 Broadway, New York, New York 10018. On March 3, 2008 I served or caused to be served a true copy of the annexed papers in the following manner:

By regular first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated on the attached sheets:

Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, New York 11501

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Persia Road
Radnor, PA 19087
Attorneys for Plaintiff

Debevoise & Plimpton, LLP
919 3rd Avenue
New York, New York 10022
Attorneys for Defendants

Sworn to before me this
3rd day of March 2008

_____
Notary Public

_____
NYSHA L. KEITT

ROBERT A. KLIPSTEIN
NOTARY PUBLIC, State of New York
No. 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2010