UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CLARKE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SECURITY CAPITAL ASSURANCE, LTD., PAUL S. GIORDANO, DAVID P. SHEA, XL INSURANCE, LTD., MERRILL LYNCH, PIERCE FENNER & SMITH, INC., GOLDMAN SACHS & CO., and J.P. MORGAN SECURITIES, INC., <br><br> Defendants. | ) <br> ) <br> ) **CIVIL ACTION NO. 08-cv-0158** <br> ) <br> ) <br> ) <br> ) **NOTICE OF CHANGE OF** <br> ) **ADDRESS** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

PLEASE TAKE NOTICE, change of address will be:

IRVING BIZAR
BALLON STOLL BADER & NADLER, P.C.
729 7th Avenue, 17th Floor
New York, New York 10019

Telephone Number, Telfax Number and email address will remain the same.

Dated: New York, New York
April 8, 2008

_____
IRVING BIZAR
BALLON STOLL BADER & NADLER, P.C.
729 7th Avenue, 17th Floor
New York, New York 10019

To: Brodsky & Smith, LLC
 240 Mineola Blvd.
 Mineola, New York 11501

 Schiffrin Barroway Topaz & Kessler, LLP
 280 King of Persia Road
 Radnor, PA 19087

 Debevoise & Plimpton, LLP
 919 3rd Avenue
 New York, New York 10022

STATE OF NEW YORK         :
                          :ss
COUNTY OF NEW YORK        :

## AFFIDAVIT OF SERVICE BY MAIL

NYSHA L. KEITT, being duly sworn, deposes and says;

I am not a party to the action, am over 18 years of age, and am an employee of Ballon Stoll Bader & Nadler, P.C. whose present address is 729 7th Avenue, 17th Floor, New York, New York 10019. On April 8, 2008 I served or caused to be served a true copy of the annexed NOTICE OF CHANGE OF ADDRESS in the following manner:

By regular first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated on the attached sheets:

Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, New York 11501

Debevoise & Plimpton, LLP
919 3rd Avenue
New York, New York 10022

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Persia Road
Radnor, PA 19087

_____
NYSHA L. KEITT

Sworn to before me this
8th day of April 2008
_____
Robert A. Klipstein
Notary Public

ROBERT A. KLIPSTEIN
NOTARY PUBLIC, State of New York
No. 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2010