## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ROBERT CLARKE, Individually and On Behalf of )
All Others Similarly Situated,                )
                                              )  **CIVIL ACTION NO. 08-cv-0158**
                    Plaintiff,                )
                                              )
vs.                                           )
                                              )  **NOTICE OF CHANGE OF**
SECURITY CAPITAL ASSURANCE, LTD.,             )  **ADDRESS**
PAUL S. GIORDANO, DAVID P. SHEA, XL           )
INSURANCE, LTD., MERRILL LYNCH, PIERCE )
FENNER & SMITH, INC., GOLDMAN SACHS           )
& CO., and J.P. MORGAN SECURITIES, INC.,      )
                                              )
                    Defendants.               )
                                              )

PLEASE TAKE NOTICE, change of address will be:

IRVING BIZAR
BALLON STOLL BADER & NADLER, P.C.
729 7th Avenue, 17th Floor
New York, New York 10019

Telephone Number, Telfax Number and email address will remain the same.

Dated: New York, New York
April 8, 2008

                                        IRVING BIZAR
                    BALLON STOLL BADER & NADLER, P.C.
                              729 7th Avenue, 17th Floor
                              New York, New York 10019

To:    Brodsky & Smith, LLC
       240 Mineola Blvd.
       Mineola, New York 11501

       Schiffrin Barroway Topaz & Kessler, LLP
       280 King of Persia Road
       Radnor, PA 19087

       Debevoise & Plimpton, LLP
       919 3rd Avenue
       New York, New York 10022

STATE OF NEW YORK      :
                       :ss
COUNTY OF NEW YORK     :

### AFFIDAVIT OF SERVICE BY MAIL

NYSHA L. KEITT, being duly sworn, deposes and says;

I am not a party to the action, am over 18 years of age, and am an employee of

Ballon Stoll Bader & Nadler, P.C. whose present address is 729 7th Avenue, 17th Floor, New

York, New York 10019.  On April 8, 2008 I served or caused to be served a true copy of the

annexed NOTICE OF CHANGE OF ADDRESS in the following manner:

By regular first class mail, in a sealed envelope, with postage prepaid thereon, in

an official depository of the U.S. Postal Service within the State of New York,

addressed to the last known address of the addressee(s) as indicated on the

attached sheets:

Brodsky & Smith, LLC
240 Mineola Blvd.
Mineola, New York 11501

Debevoise & Plimpton, LLP
919 3rd Avenue
New York, New York 10022

Schiffrin Barroway Topaz & Kessler, LLP
280 King of Persia Road
Radnor, PA 19087

NYSHA L. KEITT

Sworn to before me this
8th day of April      2008

Robert A. Klipstein

Notary Public

ROBERT A. KLIPSTEIN
NOTARY PUBLIC, State of New York
No. 31-02KL7305875
Qualified in New York County
Commission Expires Oct 31 2010